ARIEL E. STERN, ESQ.
Nevada Bar No. 13138
TENESA S. SCATURRO, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
tenesa.scaturro@akerman.com

*Attorneys for Nationstar Mortgage LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC<br><br>Plaintiff,<br><br>vs.<br><br>GREEN VALLEY SOUTH OWNERS ASSOCIATION NO. 1; NEVADA ASSOCIATION SERVICES, INC.; and SFR INVESTMENTS POOL 1, LLC<br><br>Defendants. | Case No.: 2:16-cv-00883-GMN-GWF<br><br>**NOTICE OF DISASSOCIATION** |

Plaintiff NATIONSTAR MORTGAGE LLC (**NM**) hereby provides notice Miles N. Clark, Esq., is no longer associated with the law firm of Akerman LLP. NM requests Mr. Clark be removed from the CM/ECF service list.

Akerman LLP will continue to represent NM and requests Darren T. Brenner, Esq. and Tenesa S. Scatturo, Esq. receive all future notices.

Respectfully submitted, this 26th day of August, 2016.

**AKERMAN LLP**

/s/ *Ariel Stern, Esq.*
ARIEL E. STERN, ESQ.
Nevada Bar No. 13138
TENESA S. SCATURRO, ESQ.
Nevada Bar No. 12488
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

{39176526;1}

*Attorneys for Nationstar Mortgage LLC*

**COURT APPROVAL**

IT IS SO ORDERED.

Date: August 29, 2016

_____
UNITED STATES MAGISTRATE JUDGE

{39176526;1}

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 26th day of August, 2016, service of the foregoing **NOTICE OF DISASSOCIATION**, was made pursuant to FRCP 5(b) and electronically transmitted to the Clerk's Office using the CM/ECF system for filing and transmittal to all interested parties.

*/s/ Michael Hannon*
An employee of AKERMAN LLP

{39176526;1}