# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC, | ) |
| Plaintiff, | ) Case No. 2:16-cv-00883-GMN-GWF |
| vs. | ) **ORDER** |
| GREEN VALLEY SOUTH OWNERS ASSOCIATION NO. 1, *et al.*, | ) |
| Defendants. | ) |

This matter is before the Court on Defendant Nationstar Mortgage, LLC's Notice of Disassociation (ECF No. 39), filed on March 3, 2017.

Counsel for Defendant represents that Miles N. Clark, Esq. is no longer associated with the law firm of Akerman, LLP. Therefore, counsel requests that Mr. Clark be removed as attorney of record for Defendant. Counsel also indicates that Mr. Clark's withdrawal will not delay or prejudice the proceedings in this matter because Defendant will continue to be represented by attorneys Ariel E. Stern, Esq. and Tenesa S. Scaturro, Esq. of Akerman, LLP. The Court finds that counsel has provided good cause to justify granting Mr. Clark's withdrawal. Accordingly,

**IT IS HEREBY ORDERED** that Defendant Nationstar Mortgage, LLC's Notice of Disassociation (ECF No. 39) is **granted**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall remove Miles N. Clark, Esq. from the CM/ECF service list in this case.

DATED this 13th day of March, 2017.

GEORGE FOLEY, JR.
United States Magistrate Judge