ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
       jamie.combs@akerman.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>GREEN VALLEY SOUTH OWNERS ASSOCIATION NO. 1; NEVADA ASSOCIATION SERVICES, INC.; SFR INVESTMENTS POOL 1, LLC,<br><br>Defendants. | Case No.: 2:16-cv-00883-GMN-GWF<br><br>**NOTICE OF DISASSOCIATION** |

Nationstar Mortgage, LLC (**Nationstar)** hereby provides notice Steve G. Shevorski, Esq., is no longer associated with the law firm of Akerman LLP. **Nationstar** requests Mr. Shervorski be removed from the CM/ECF service list.

Akerman LLP will continue to represent **Nationstar** and requests ARIEL E. STERN, ESQ. and Jamie K. COMBS, ESQ. receive all future notices.

Respectfully submitted, this 16th day of May, 2017.

**IT IS SO ORDERED**

Dated: May 17, 2017

*George Foley Jr.*
_____
UNITED STATES MAGISTRATE JUDGE

**AKERMAN LLP**
/s/ *Jamie K. Combs*
_____
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
*Attorneys for Plaintiff*

{41773988;1} 1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the this 16th day of May, 2017, service of the foregoing **NOTICE OF DISASSOCIATION**, was made pursuant to FRCP 5(b) and electronically transmitted to the Clerk's Office using the CM/ECF system for filing and transmittal to all interested parties.

/s/ Doug J. Layne
An employee of AKERMAN LLP

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572