ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
DONNA WITTIG, ESQ.
Nevada Bar No. 11015
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for Nationstar Mortgage LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC<br><br>Plaintiff,<br><br>vs.<br><br>GREEN VALLEY SOUTH OWNERS ASSOCIATION NO. 1; NEVADA ASSOCIATION SERVICES, INC.; and SFR INVESTMENTS POOL 1, LLC<br><br>Defendants. | Case No.: 2:16-cv-00883-GMN-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES TO FILE REPLIES SUPPORTING THEIR SUMMARY JUDGMENT MOTIONS**<br><br>(ECF Nos. 59, 60) |

Nationstar Mortgage LLC and SFR Investments Pool 1, LLC[1] stipulate as follows:

Nationstar and SFR moved for summary judgment on July 31, 2019. (ECF Nos. 59-60.) They responded to each others motions on August 21, 2019. (ECF Nos. 62, 63.) Their deadlines to file replies in support of their motions in September 4, 2019. *See* Local Rule 7-2(b). The parties stipulate to extending their deadlines to file replies supporting their summary judgment motions by fourteen days or until **September 18, 2019**, to allow the parties adequate time to respond to the arguments contained in the respective responses.

///

///

---

[1] Green Valley is not a party to this stipulation as it and Nationstar settled the claims Nationstar asserts against it. (*See* ECF No. 58.) Since Nevada Association Services has not moved for summary judgment or responded to Nationstar's motion, it also is not included in the stipulation.

1

50030398;1
50030398;1

This is parties' first request for an extension of this deadline and is not being made for the purpose of delay.

September 3rd, 2019.

| AKERMAN LLP | KIM GILBERT EBRON |
|---|---|
| */s/ Donna M. Wittig*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>DONNA M. WITTIG, ESQ.<br>Nevada Bar No. 11015<br>1635 Village Center Circle, Ste. 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for Nationstar Mortgage LLC* | */s/ Diana S. Ebron*<br>DIANA S. EBRON, ESQ.<br>Nevada Bar No. 10580<br>JACQUELINE A. GILBERT, ESQ.<br>Nevada Bar No. 10593<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br><br>*Attorneys for SFR Investments Pool 1, LLC* |

**IT IS SO ORDERED**

**DATED** this  12  day of September, 2019.
*NUNC PRO TUNC*: September 3, 2019.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

50030398;1
50030398;1